United States District Court
Southern District of Texas
**ENTERED**
April 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUILLERMO M. MONTES, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-0006 |
| | § | |
| SKV INVESTMENTS, LLC, | § | |
| Defendant. | § | |

## **ORDER**

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice [Doc. # 10], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and expenses.

SIGNED at Houston, Texas, this 28th day of **April, 2016**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\0006Dismissal.wpd   160428.1540